BLANCHE A. SEIFERT, as Executrix of JOSEPH SEIFERT, Deceased, et al., Appellants, v. HAROLD J. McLAUGHLIN, Respondent.—

Plaintiffs' motion to vacate the items in defendant's demand for the bill of particulars was not made within five days after receipt of such demand, as required by the rules (Rules Civ. Prac., rule 115, par. [a]). Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.